# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL KELLEY

INDICTMENT

3:08cr40/MCR

THE GRAND JURY CHARGES:

COUNT ONE

That on or about April 10, 2008, in the Northern District of Florida, the defendant,

MICHAEL KELLEY,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess firearms in and affecting interstate commerce, that is:

1. On or about October 6, 1989, **MICHAEL KELLEY** was convicted in the State of Arizona of the offense of Attempted Sexual Conduct with a Minor, Dangerous Crimes Against Children, in the Second Degree.

Returned in open court pursuant to Rule 6(f)
5-20-2008
Date
[signature]
United States Magistrate Judge

2. For the above described crime, **MICHAEL KELLEY** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **MICHAEL KELLEY** did knowingly possess the following firearms:

   a. a Glenfield Model 60 rifle;

   b. an EAS .22 caliber revolver; and

   c. a Winchester Model 1200, .20 gauge shotgun.

4. These firearms had previously been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

That on or about April 10, 2008, in the Northern District of Florida, the defendant,

### MICHAEL KELLEY,

who was then a fugitive from justice, did knowingly possess firearms in and affecting interstate commerce, that is:

1. On or about April 10, 2008, **MICHAEL KELLY** was a fugitive of justice, having an outstanding warrant for his arrest in the State of Arizona for two counts of failure to register as a sex offender, a class 4 felony under the laws of the State of Arizona.

2. On or about April 10, 2008, **MICHAEL KELLY** did knowingly possess the following firearms:

   a. a Glenfield Model 60 rifle;

      b.      an EAS .22 caliber revolver; and

      c.      a Winchester Model 1200, .20 gauge shotgun.

These firearms had previously been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(2) and 2.

## FIREARM FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

## MICHAEL KELLEY,

knowingly committed the violations set forth in Counts One and Two of this Indictment, any and all interest which this defendant has in the firearms involved in these violations are vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

FOREPERSON

05/20/08
DATE

GREGORY R. MILLER
United States Attorney

THOMAS P. SWAIM
Assistant United States Attorney

3