IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

Case No. 3:08cr40-MCR

vs.

MICHAEL KELLEY

_____

## FACTUAL SUMMARY IN SUPPORT OF GUILTY PLEA

On April 9, 2008, Escambia County Sheriff's Office (ECSO) Bike Patrol officers conducted citizen encounters (citizen contacts) with local Escambia County residents in a Pensacola neighborhood. When the defendant observed the officers, the officers noted that he immediately went into an apartment. He remained there a short time and reemerged holding an open beer can.

Escambia County Sheriff's officers then approached and made a citizen contact with the defendant, and asked for identification; the defendant voluntarily produced an Arizona identification card. A check of the card revealed an outstanding warrant in Arizona for the defendant's arrest for two counts of "failure to register as a sex offender, a class 4 felony."

In post-*Miranda* statements, the defendant admitted to law enforcement, among other things, that he knew he was a convicted felon, and that he knew he could not legally possess firearms, or words to that effect.

FILED IN OPEN COURT THIS

7-1-08

CLERK, U.S. DIST.
COURT, NORTH. DIST.

When arrested, he asked the ECSO law enforcement officers present if they could lock up his apartment for him. ESCO asked if there was anything in the apartment "that could harm them," or words to that effect. The defendant admitted that he had "some guns and some marijuana" in his apartment, and told the officers where the guns were located.

Escambia County Sheriff's Office recovered three firearms from the apartment, located exactly where the defendant told them they would be found; the firearms were a loaded .20 gauge Winchester shotgun (Model 1200), a Glenfield .22 caliber rifle (Model 60), and a .22 caliber EAS pistol.

The right of the defendant to possess a firearm has not been restored. Each of the above referenced firearms were manufactured outside the State of Florida and traveled in interstate commerce prior to being possessed by the defendant.

<div style="display: flex;">

<div>

*signature: Randall Lockhart*

RANDALL S. LOCKHART  
Attorney for Defendant  
Michigan Bar No. P58597  
3 West Garden Street, Suite 200  
Pensacola, Florida 32502  
(850) 432-1418  

7/01/08  
Date  

*signature: Michael Kelley*

**MICHAEL KELLEY**  
Defendant  

7/01/08  
Date  

</div>

<div>

Respectfully submitted,

GREGORY R. MILLER  
United States Attorney  

*signature*

THOMAS P. SWAIM  
North Carolina Bar No. 10064  
Assistant United States Attorney  
Northern District of Florida  
21 East Garden Street, Suite 400  
Pensacola, Florida 32502-5675  
(850)444-4000  

7/1/08  
Date  

</div>
</div>